1

2

3

4

5

6

7

8                                      UNITED STATES DISTRICT COURT

9                                    EASTERN DISTRICT OF CALIFORNIA

10

11    JOSE ANTONIO MARTINEZ,                              1:19-cv-00378 GSA (PC)

12                    Plaintiff,

                                                          **ORDER TO SUBMIT APPLICATION
13           v.                                           TO PROCEED IN FORMA PAUPERIS
                                                          OR PAY FILING FEE WITHIN 30 DAYS**
14    M. NAVARRO, et al.,

15                    Defendants.

16

17

18           Jose Antonio Martinez ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights

19    action pursuant to 42 U.S.C. § 1983.  On March 22, 2019, Plaintiff filed the Complaint commencing

20    this action and a declaration in support of his application to proceed *in forma pauperis* pursuant to

21    28 U.S.C. § 1915.  (ECF Nos. 1, 2.)   However, Plaintiff has only submitted the declaration and not

22    the application to proceed *in forma pauperis*.  Plaintiff shall be granted thirty days in which to

23    submit a new, completed application to proceed *in forma pauperis* or pay the $400.00 filing fee.

24    Plaintiff is not required to submit another certified copy of his prison trust account statement.

25           Accordingly, IT IS HEREBY ORDERED that:

26           1.      Within thirty (30) days of the date of service of this order, Plaintiff shall submit the

27                   attached application to proceed *in forma pauperis*, completed and signed, or in the

28                   alternative, pay the $400.00 filing fee in full for this action;

                                                          1

1

2.     Plaintiff is not required to submit another certified copy of his prison trust account

2

statement;

3

3.     No requests for extension of time will be granted without a showing of good cause;

4

and

5

4.     Failure to comply with this order will result in dismissal of this action.

6

IT IS SO ORDERED.

7

8

Dated:   **March 28, 2019**            **/s/ Gary S. Austin**

UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28