UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO MARTINEZ,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>M. NAVARRO, ET AL.,<br><br>　　　　　Defendants. | 1:19-cv-00378-GSA-PC<br><br>**ORDER FOR PLAINTIFF TO EITHER:**<br><br>**(1)　SUBMIT NEW, COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS;**<br><br>　　　**OR**<br><br>**(2)　PAY $400.00 FILING FEE IN FULL**<br><br>**TWENTY-DAY DEADLINE**<br><br>**ORDER FOR CLERK TO SEND PLAINTIFF AN APPLICATION TO PROCEED IN FORMA PAUPERIS** |

　　　　Jose Antonio Martinez ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on March 22, 2019, together with a declaration in support of his application to proceed *in forma pauperis* under 28 U.S.C. § 1915. (ECF No. 1.) However, although Plaintiff submitted his declaration, he did not submit an application to proceed *in forma pauperis*. On March 23, 2019, the court issued an order requiring Plaintiff to submit a completed application to proceed *in forma pauperis* or pay the $400.00 filing fee for this case within thirty days. (ECF No. 5.)

　　　　On April 22, 2019, in response to the court's order, Plaintiff filed an application to proceed *in forma pauperis*. (ECF No. 8.) However, Plaintiff did not entirely complete the

application. On page one, the application asks whether Plaintiff has "received any money . . . from . . . [b]usiness, profession, or other self-employment." (ECF No. 8 at 1.) Plaintiff answered "Yes" but failed to complete the remainder of the question:

> **"If the answer . . . is "yes," describe by that item each source of money, state the amount received, as well as what you expect you will continue to receive (attach an additional sheet if necessary)."**

(Id.)

Without knowing Plaintiff's present financial status, the court cannot grant his application to proceed *in forma pauperis*. Plaintiff shall be granted another opportunity to submit a new, completed application to proceed *in forma pauperis*, providing all of the information requested, or pay the $400.00 filing fee for this action, within twenty days.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk shall send Plaintiff an application to proceed *in forma pauperis*;
2. **Within twenty (20) days** of the date of service of this order, Plaintiff shall either:
   (a) Submit an application to proceed *in forma pauperis* to the court, completed and signed; or
   (b) Pay the $400.00 filing fee for this action;
3. Plaintiff is not required to submit another certified copy of his prison trust account statement;
4. No requests for extension of time will be granted without a showing of good cause; and
5. **Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.**

IT IS SO ORDERED.

Dated: __**April 23, 2019**__  __/s/ Gary S. Austin__
UNITED STATES MAGISTRATE JUDGE

2