UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO MARTINEZ,<br><br>       Plaintiff,<br><br>    vs.<br><br>M. NAVARRO, et al.,<br><br>       Defendants. | **1:19-cv-00378-GSA-PC**<br><br>**ORDER STRIKING PLAINTIFF'S NOTICE FOR LACK OF SIGNATURE**<br>**(ECF No. 18.)** |

Jose Antonio Martinez ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. On August 21, 2020, Plaintiff filed a notice to the court that he wishes to proceed with the claims found cognizable by the court. (ECF No. 18.) The notice is unsigned. All filings submitted to the court must bear the signature of the filing party. Local Rule 131; Fed. R. Civ. P. 11(a). Accordingly, IT IS HEREBY ORDERED that Plaintiff's notice, filed on August 21, 2020, is STRICKEN from the record for lack of signature.

IT IS SO ORDERED.

   Dated:   **August 24, 2020**              **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE