UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO MARTINEZ,<br><br>    Plaintiff,<br><br>    vs.<br><br>NAVARRO, et al.,<br><br>    Defendants. | 1:19-cv-00378-NONE-GSA-PC<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO DEPOSE WITNESSES, WITHOUT PREJUDICE (ECF No. 34.)**<br><br>**ORDER FOR CLERK TO SEND PLAINTIFF COPIES OF RULES 28, 29, AND 30** |

Jose Antonio Martinez ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  The case now proceeds with Plaintiff's original Complaint, filed on March 22, 2019, against defendants C/O E. Mares, Sergeant M. Navarro, C/O Cruz, and C/O Navarro for use of excessive force in violation of the Eighth Amendment.  (ECF No. 1.)  This case is now in the discovery phase.  The deadline for conducting discovery, including the filing of motions to compel, is June 6, 2021.  (ECF No. 30.)

On April 19, 2021, Plaintiff filed a motion for leave to depose witnesses.  (ECF No. 34.)  Plaintiff seeks to depose five inmate witnesses and three staff members.  He cannot find two of the inmate witnesses and requests assistance from the CDCR (California Department of Corrections and Rehabilitation) to locate them.

If Plaintiff wishes to depose any person, including a party, he must comply with Rule 30 of the Federal Rules of Civil Procedure. The court will direct the Clerk's Office to send Plaintiff copies of Rules 28, 29, and 30 of the Federal Rules of Civil Procedure. If, after reviewing the rules, Plaintiff believes he is able to depose a person in compliance with the rules, Plaintiff shall notify the court and make a showing that he is able and willing to retain an officer to take responses and prepare the record. Fed. R. Civ. P. 30(b). At that juncture the court will reconsider Plaintiff's request to conduct depositions and determine what course of action is needed to facilitate the depositions.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion for leave to conduct depositions, filed on April 19, 2021, is DENIED, without prejudice; and
2. The Clerk's Office shall SEND Plaintiff copies of Rules 28, 29, and 30 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated: **April 22, 2021**          **/s/ Gary S. Austin**
                              UNITED STATES MAGISTRATE JUDGE