UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO MARTINEZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>M. NAVARRO, et al.,<br><br>　　　　Defendants. | No. 1:19-cv-00378-NONE-GSA-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL AND DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF<br><br>(Doc. Nos. 36, 38.) |

　　　　Plaintiff, Jose Antonio Martinez, is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On July 8, 2021, findings and recommendations were entered, recommending that plaintiff's motion for preliminary injunctive relief, filed on May 6, 2021, be denied. (Doc. No. 38.) Plaintiff was granted fourteen days in which to file objections to the findings and recommendations. (*Id*.) The time for filing objections has now expired, and plaintiff has not filed objections or responded otherwise to the findings and recommendations.

　　　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file,
/////

1

1  the court finds the findings and recommendations to be supported by the record and proper
2  analysis.
3      Accordingly,
4      1.   The findings and recommendations issued by the magistrate judge on July 8,
5           2021 (Doc. No. 38), are ADOPTED IN FULL; and
6      2.   Plaintiff's motion for preliminary injunctive relief, filed on May 6, 2021 (Doc.
7           No. 36), is DENIED.

IT IS SO ORDERED.

   Dated:  **August 28, 2021**              /s/ Dale A. Drozd
                                        UNITED STATES DISTRICT JUDGE