UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO MARTINEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>NAVARRO, et al.,<br><br>    Defendants. | No.  1:19-cv-00378-JLT-GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Docs. 39 & 45) |

Jose Antonio Martinez is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983 against four correctional officers for the use of excessive force in violation of his Eighth Amendment rights.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 10, 2021, the assigned magistrate judge issued findings and recommendations, recommending that the motion for summary judgment filed by Defendants Cruz and Mares be granted based on Plaintiff's failure to exhaust available remedies against those two Defendants.  (Doc. 45.)  The pending findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within 14 days from the date of service.  (*Id*. at 15–16.)  To date, no objections to the findings and recommendations have been filed with the court, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds the findings

and recommendations to be supported by the record and by proper analysis.  The Court particularly notes that the findings and recommendations found that Plaintiff does not object to the dismissal of Defendants Cruz and Mares.  (Doc. 45 at 13–14 (citing Doc. 42 at 2–4, 11).) Accordingly,

    1.    The findings and recommendations issued by the magistrate judge on November 10, 2021 (Doc. 45) are adopted in full.

    2.    The motion for summary judgment filed by Defendants Cruz and Mares (Doc. 39) is granted.

    3.    Defendants Cruz and Mares and the excessive force claims against them are dismissed from this case without prejudice.

    4.    The Clerk of the Court is directed to enter judgment in favor of Defendants Cruz and Mares and to reflect the dismissal of Defendants Cruz and Mares on the Court's docket; and

    6.    This case is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **January 25, 2022**

UNITED STATES DISTRICT JUDGE