UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO MARTINEZ,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>NAVARRO, et al.,<br><br>　　　　　Defendants. | 1:19-cv-00378-JLT-GSA-PC<br><br>**ORDER REQUIRING PARTIES TO NOTIFY COURT WHETHER A SETTLEMENT CONFERENCE WOULD BE BENEFICIAL**<br><br>**THIRTY-DAY DEADLINE** |

**I.　　BACKGROUND**

　　Jose Antonio Martinez ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.

　　On January 6, 2021, the Court issued a Discovery and Scheduling Order establishing deadlines, including a discovery deadline of June 6, 2021, and a dispositive motion filing deadline of August 6, 2021.  (ECF No. 30.)  All of the deadlines have now expired.

　　On January 25, 2022, the Court granted the motion for summary judgment filed by defendants Cruz and Mares and entered judgment in favor of defendants Cruz and Mares.  (ECF No. 47.)  This action now proceeds with Plaintiff's original Complaint filed on March 22, 2019, against defendants Sergeant Navarro and Correctional Officer Navarro ("Defendants"), for use

of excessive force in violation of the Eighth Amendment.  (ECF No. 1.)  No other motions are pending.

   At this stage of the proceedings the Court ordinarily proceeds to schedule the case for trial.

## II.    SETTLEMENT PROCEEDINGS

The Court is able to refer cases for mediation before a participating United States Magistrate Judge.  Settlement conferences are ordinarily held in person at the Court or at a prison in the Eastern District of California.  Plaintiff and Defendants shall notify the Court whether they believe, in good faith, that settlement in this case is a possibility and whether they are interested in having a settlement conference scheduled by the Court.[1]

Defendants' counsel shall notify the Court whether there are security concerns that would prohibit scheduling a settlement conference.  If security concerns exist, counsel shall notify the Court whether those concerns can be adequately addressed if Plaintiff is transferred for settlement only and then returned to prison for housing.

## III.    CONCLUSION

Based on the foregoing, IT IS HEREBY ORDERED that within **thirty (30) days** from the date of service of this order, Plaintiff and Defendants shall file a written response to this order.[2]

IT IS SO ORDERED.

   Dated:   **January 27, 2022**              **/s/ Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE

---

[1] The parties may wish to discuss the issue by telephone in determining whether they believe settlement is feasible.

[2] The issuance of this order does not guarantee referral for settlement, but the Court will make every reasonable attempt to secure the referral should both parties desire a settlement conference.