UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO MARTINEZ,<br><br>      Plaintiff,<br><br>   vs.<br><br>M. NAVARRO, et al.,<br><br>      Defendants. | 1:19-cv-00378-JLT-GSA-PC<br><br>**ORDER ADDRESSING ATTORNEY APPEARANCE**<br><br>**ORDER FOR CLERK TO REFLECT PLAINTIFF'S PRO PER STATUS ON THE COURT'S RECORD** |

**I.  BACKGROUND**

Jose Antonio Martinez ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.

On January 28, 2022, the court issued an order requiring the parties to this case to notify the court within thirty days whether they believe a settlement conference would be beneficial in this case.  (ECF No. 49.)  On February 11, 2022, the court received and filed a copy of a letter from Attorney Stephen Yagman, in which Attorney Yagman expressed his willingness to

1

represent Plaintiff in this case for settlement purposes only. (ECF No. 50.) Attorney Yagman added himself and his address on the court's record as counsel for Plaintiff.

## II. DISCUSSION

Plaintiff is presently proceeding *in propria persona*[1] and Attorney Yagman has made it clear that he does not wish to substitute himself as attorney-of-record for Plaintiff for all purposes. Therefore, Plaintiff *himself* must appear on the court's record as representing himself or he will not receive the court's mail at his own address. Accordingly, the court shall direct the Clerk of Court to remove Attorney Yagman as attorney-of-record for Plaintiff on the court's docket and instead reflect Plaintiff's status as a *pro per* litigant. Until a substitution of attorneys is granted by the court, even for limited purpose, Plaintiff shall continue to represent himself, and Plaintiff's address of record shall be used for service upon Plaintiff.

If Plaintiff believes a settlement conference would be beneficial in this case, Plaintiff must himself file a written notice informing the court of his wishes. The court cannot accept Attorney Yagman's letter as Plaintiff's response to the court's order. If both Plaintiff and Defendants file a notice with the court stating that they would like to participate in a settlement conference, the court shall proceed to schedule one.

If Plaintiff wishes to be represented by Attorney Yagman at the settlement conference, he must himself make a request to the court. All substitutions of attorneys shall require the approval of the court.

## III. CONCLUSION

Based on the foregoing, **IT IS HEREBY ORDERED** that:

1. This order addresses the appearance of Attorney Stephen Yagman in this case;

2. The Clerk of Court is DIRECTED to:

   (1) Reflect Plaintiff's status as a *pro per* litigant on the court's docket;

   (2) Reflect Plaintiff's address of record as:

---

[1] A litigant proceeding in propria persona, or pro se, is one who represents himself in a court proceeding without the assistance of a lawyer. Black=s Law Dictionary, 1256, 1258 (8th ed. 2004).

      **Jose Antonio Martinez**
      J-78494
      CALIFORNIA STATE PRISON, CORCORAN (3456)
      P.O. BOX 3456
      CORCORAN, CA 93212-3456
  and

 (3) Serve a copy of this order on:

      **Stephen Yagman, Esq.**
      333 Washington Boulevard
      Marina del Rey, CA 90292-5152

IT IS SO ORDERED.

 Dated: __**March 1, 2022**__       __**/s/ Gary S. Austin**__
                UNITED STATES MAGISTRATE JUDGE